UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Paul Capurso | Case No.: |
| Plaintiff | **COMPLAINT** |
| v. | |
| Unum Life Insurance Company Of America | |
| Defendant | |

Plaintiff, Paul Capurso, for his Complaint against Defendant Unum Life Insurance Company of America ("UNUM") states as follows:

1. Mr. Capurso is an individual who resides in Peabody, Massachusetts and who is or was a participant in a long-term disability plan ("the Plan") issued to the Alcoholic Beverages Control Commission (the "Commission").

2. The Plan is funded through a group long term disability insurance policy UNUM issued to the Commission (the "Policy").

3. UNUM was the administrator for all long-term disability claims filed under the Policy.

4. UNUM is a domestic company and has its principal location of business in Portland, Maine.

5. UNUM acts as the plan administrator and/or fiduciary of the Plan for purposes of benefit determinations and payments made pursuant to the Policy.

6. Mr. Capurso brings this action to recover group long-term disability benefits under the Plan and Policy. This Court has subject matter jurisdiction over this action, and it may assert

personal jurisdiction over Unum because diversity exists and the subject controversy exceeds $75,000.

## Claim for Relief

7. The Policy provides that UNUM will pay long term disability benefits to participants who are participants under the Plan.

8. Under the Policy, disability is defined as follows:

> You are disabled when Unum determines that:
> - you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injury; and
> - you have a 20% or more loss in your indexed monthly earnings due to the same sickness or injury.
>
> After 24 months of disability payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience.

9. Mr. Capurso stopped working on March 27, 2013, as a result of a motor vehicle accident that left him suffering from post-concussive syndrome, lumbago, and cervicalgia.

10. Mr. Capurso became disabled under the Policy on or about March 27, 2013.

11. Mr. Capurso has qualified for long term disability under the Policy.

12. Mr. Capurso submitted a claim for long term disability benefits to UNUM, which approved the claim and paid through October 6, 2020 when it terminated his benefits despite no evidence of improvement and continued evidence of total disability.

13. Mr. Capurso appealed this benefit decision.

14. By letter dated March 16, 2021, UNUM upheld its denial of Mr. Capurso's long term disability benefits.

15. Mr. Capurso exhausted his condition precedents under the Policy and Plan.

16. As a result of the foregoing, Mr. Capurso has suffered a loss in the form of unpaid benefits.

17. Mr. Capurso is entitled to a judgment against UNUM in the amount of the unpaid long term disability benefits under the Policy and Plan.

18. Mr. Capurso is also entitled to prejudgment interest and an award of attorney's fees in an amount to be proven.

WHEREFORE, Plaintiff, Mr. Capurso, requests the Court grant him the following relief from Defendant UNUM:

a. A judgment in the amount of all benefits due under the Plan/Policy plus prejudgment interest;

b. An order reinstating his benefits and ordering that they be paid through coverage under the Plan and Policy.

c. His costs and attorney's fees; and

d. All other relief the Court may deem proper.


Dated: September 21, 2023

/s/ Andrew S. Davis
Andrew S. Davis, Esq.
Davis Law, LLC
PO Box 17887
Portland, ME 04112
andrew@erisabenefitlawyer.com